USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NGO OKAFOR,

                Plaintiff,

    -against-

RACHEL LIU,

                Defendant.

23-cv-10512 (MKV)

**ORDER TO PROVIDE
SERVICE ADDRESS**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff Ngo Okafor, who is appearing *pro se*, brings this action asserting state law claims against Defendant Rachel Liu. In order for the Court to direct the Clerk of Court to effect service of the summons and complaint on Defendant, Plaintiff must provide the Court, in writing, with a service address for the Defendant. The Court therefore directs Plaintiff, within 10 days of the date of this order, to provide the Court with a service address for Defendant.

    Plaintiff may receive court documents by email by completing the attached form, [Consent to Electronic Service](#).[1]

**SO ORDERED.**

Dated:   December 13, 2023
           New York, New York

                                      */s/ Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.